# United States Court of Appeals
## For the First Circuit

No. 00-2014

UNITED STATES OF AMERICA,

Appellee,

v.

MANUEL GONZÁLEZ-GONZÁLEZ,

Defendant, Appellant.

ERRATA SHEET

The opinion of this court, issued on July 19, 2001, should be amended as follows:

On slip opinion page 4, line 24, "Moran" should be deleted and replaced with "Mora".

On slip opinion page 7, line 5, "Joselyn" should be deleted and replaced with "Josleyn".